IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-PAB-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. JUAN SERRANO-MENDEZ,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the government's Motion to Dismiss Counts One, Seven, Seventeen, Eighteen and Twenty-Six [Docket No. 680]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Motion to Dismiss Counts One, Seven, Seventeen, Eighteen and Twenty-Six [Docket No. 680] is granted. Counts One, Seven, Seventeen, Eighteen, and Twenty-Six of the Indictment are dismissed as to defendant Juan Serrano-Mendez.

DATED June __3__, 2011.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge